# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 03-381 (JRT/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOUS LINDELL DAILY, | |
| Defendant. | |

Joseph Dixon, III, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Carlous Lindell Daily, #39587-048, USP- Victorville, Post Office Box 5300, Adelanto, CA 92301, pro se defendant.

The defendant has filed a pro se motion for leave to supplement pleadings [Docket No. 270]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by October 23, 2009.

Dated: October 8, 2009
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                          United States District Judge